# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2025-2407
_____

GREGORY V. PERRY,

Petitioner,

v.

RICKY D. DIXON, Secretary for
the Florida Department of
Corrections,

Respondent.

_____

Petition for Writ of Habeas Corpus—Original Proceedings.

January 2, 2026

PER CURIAM.

DISMISSED.

LEWIS, LONG, and TREADWELL, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Gregory V. Perry, pro se, Petitioner.

No appearance for Respondent.